UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**SIGNICAST, LLC,**
   **Plaintiff,**

 v.          Case No. 12-C-1029

**FIREMAN'S FUND INSURANCE COMPANY,**
   **Defendant.**

---

## ORDER

  Defendant Fireman's Fund Insurance Company has filed a notice of removal of a civil action from state court and asserts that federal jurisdiction exists under 28 U.S.C. § 1332(a) because the parties are diverse and the amount in controversy exceeds $75,000. The plaintiff, Signicast, LLC, is a limited liability company, and the citizenship of a limited liability company is the citizenship of each of its members. See, e.g., Wise v. Wachovia Sec., LLC, 450 F.3d 265, 267 (7th Cir. 2006). However, the notice of removal does not identify the citizenship of Signicast's members, and so I cannot satisfy my independent duty to ensure that federal jurisdiction exists.

  **THEREFORE, IT IS ORDERED** that defendant identify the citizenship of each of Signicast's members within ten days of the date of this order.

  Dated at Milwaukee, Wisconsin, this 2nd of November 2012.

             s/ Lynn Adelman
             _____
             LYNN ADELMAN
             District Judge